THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00950

JANE DOE

       Plaintiff;
v.

BRIGHTON SCHOOL DISTRICT 27J;
DAVID SMITH, individually;

       Defendants.

---

### UNOPPOSED MOTION FOR LEAVE TO MAINTAIN LEVEL 1 RESTRICTION

---

COMES NOW, Plaintiff Jane Doe ("Plaintiff" or "Ms. Doe"), by and through counsel, hereby submits this Unopposed Motion for Leave to Maintain Level 1 Restriction, and in support states as follows:

1. **Conferral.** This motion is unopposed. Pursuant to D.C.Colo.LCivR 7.1(a), the undersigned certifies that counsel for Plaintiff and counsel for Defendant have conferred on the contents of this motion. Defendant does not oppose this motion.

2. This case, alleging violations of Title IX and the Equal Protection Clause, involves sensitive matters and significant privacy interests including sexual assault, and as a result, the court granted leave for Plaintiff to proceed anonymously.

3. Along with Plaintiff's Response to Defendants' Motion for Summary Judgment, Plaintiff filed four exhibits, including Exhibits 3 and 4 which were filed under Level 1 Restriction. *See* ECF 76, 77.

4. Good cause exists to maintain Level 1 Restriction for ECF 76 and ECF 77 and the privacy interests protected by maintaining Level 1 Restriction for ECF 76 and ECF 77 outweigh the presumption of public access.

5. ECF 76 and ECF 77 are excerpts from the depositions of Detective Rush-Lara of the Adams County Sheriff's Office and of Plaintiff.

6. These excerpts refer to Plaintiff by her full name and candidly discuss sensitive issues relating to her sexual assault. Maintaining Level 1 Restrict on these excerpts is consistent with this court's order allowing Plaintiff to proceed anonymously.

7. These excerpts also refer to other minor students by name, and therefore redaction of Plaintiff's name and the names of the other students would cause confusion and reduce the excerpts' usefulness.

8. The sensitive privacy interests at stake in these excerpts outweigh the presumption of public access. Filing these exhibits under Level 1 Restriction while leaving Plaintiff's Response to Defendants' Motion for Summary Judgment accessible to the public is an appropriate balance of the interest in public access and Plaintiff's privacy.

9. Plaintiff seeks leave to maintain Level 1 Restrict for ECF 76 and 77.

WHEREFORE, Plaintiff respectfully requests the Court grant leave to maintain Level 1 Restriction for ECF 76 and ECF 77.

DATED: March 2, 2021

Respectfully submitted by:

*s/ Michael Nolt*
Michael Nolt, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
Phone: 720-748-8888
michael@coloradolawteam.com

*s/Igor Raykin*
Igor Raykin
Kishinevsky & Raykin
2851 South Parker Road, Suite 150
Parker, CO 80014
Telephone: 720-767-1846
igor@coloradolawteam.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    M. Gwyneth Whalen, Esq.
    Elliott V. Hood, Esq.
    gwhalen@celaw.com
    ehood@celaw.com
    Attorneys for Defendants

*s/ Michael Nolt*
Michael Nolt, Esq.